No. 66808.—Hartford Spinning, Inc. v. United States, protests 267996–K, etc. (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of waste composed of synthetic materials, not *eo nomine* specified in the tariff act, and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

No. 66809.—Abercrombie & Fitch Co. v. United States, protest 58/9653 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon wearing apparel similar in use to wool wearing apparel, valued over $4 per pound, and that the issue is the same as that involved in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 28, 1962

No. 66810.—Bunker Hill Brick & Supply, Inc. v. United States, protests 58/2080, etc. (Laredo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

No. 66811.—J. W. Lewis v. United States, protests 58/11993, etc. (Laredo).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of face brick similar in all material respects to that the subject of *Bunker Hill Brick & Supply, Inc., et al.* v. *United States* (46 Cust. Ct. 95, C.D. 2240), the claim of the plaintiff was sustained.

**No. 66812.**—Maher & Company *v.* United States, protest 58/13984–15186 (New Orleans).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of plastic artificial teeth similar in all material respects to those the subject of *Air Express Int'l Agency, Inc., et al.* v. *United States* (46 Cust. Ct. 163, C.D. 2251), the claim of the plaintiff was sustained.

**No. 66813.**—Ephron Gallery *v.* United States, protest 61/1055 (New York).

Opinion by DONLON, J.   In accordance with oral stipulation of counsel that the merchandise consists of artistic antiquities and that the regulations have now been complied with, the claim of the plaintiff was sustained.

**No. 66814.**—C. S. Emery & Company *v.* United States, protests 59/31502, etc. (St. Albans).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

**No. 66815.**—The Best Foods, Inc. *v.* United States, protest 269341–KS (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 66816.**—Balfour, Guthrie & Co., Ltd., and James Loudon & Co., Inc., et al. *v.* United States, protests 287264–KS, etc. (Los Angeles).